KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> JENNIFER K. BUSTOS and ) <br> CHERYLL DEL ROSARIO, ) <br> ) <br> Defendants. ) <br> _____) | Criminal No. CR 05-00278 PJH <br><br> **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶]** <br> **ORDER CONTINUING HEARING** |

   The above-captioned matter came before the Court on June 8, 2005, for status. Defendant Jennifer Bustos was represented by Lorne Dubin.  Defendant Cheryll Del Rosario's counsel, John Runfola, was ill and not present.  The government was represented by Hartley West, Assistant United States Attorney.  The case was set for June 15, 2005, at 2:30 p.m. for change of plea or motions/trial setting.

   The Court made a finding on the record that the time from and including June 8 through

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00278 PJH**

June 15, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial.  That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

      The parties hereby agree to and request that the case be continued until June 15, 2005 and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: June 9, 2005          /S/
                             LORNE DUBIN
                             Counsel for Jennifer Bustos


DATED:  June 9, 2005         /S/
                             JOHN RUNFOLA
                             Counsel for Cheryll Del Rosario


DATED: June 8, 2005          /S/
                             JEFFREY FINIGAN
                             Assistant U.S. Attorney


So ordered.

DATED:  6/13/05
                             _____
                             PHYLLIS J. HAMILTON
                             UNITED STATES DISTRICT COURT JUDGE


**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00278 PJH**                    2