JOHN M. RUNFOLA SBN 096058
Pier 9, Suite 100
San Francisco, CA  94111-1497
Telephone:  (415) 391-4243
Facsimile:  (415) 391-5161

Attorney for Defendant
CHERYLL DEL ROSARIO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>**CHERYLL DEL ROSARIO**<br>**JENNIFER K. BUSTOS**<br><br>    **Defendants** | No. CR-05-00278 PJH<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXCLUDING TIME** |

   The above-captioned matter came before the Court on June 8, 2005, for status.  Defendant Jennifer Bustos was represented by Lorne Dubin.  John Runfola, counsel for defendant Cheryll Del Rosario, was ill and not present.  The government was represented by Hartley West, Assistant United States Attorney.  The case was set for June 15, 2005, at 2:30 p.m. for change of plea or motions/trial setting.

The parties stipulate and agree, and the Court finds and holds as follows:

   This matter is currently scheduled for a change of plea or motions/trial setting hearing June 15, 2005 at 2:30 p.m. John Runfola, counsel for the Cheryll Del Rosario, is scheduled to appear in the United States District Court for the District of Hawaii in <u>United States v. Gino Naval</u> Case No. CR-04-00091 HG. He had requested a continuance of this sentencing which was denied by Judge Gillmore.

   The parties request that the Court make a finding that the time between June 15, 2005, and June 22, 2005 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

and the Federal Rule of Criminal Procedure 5, because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. That finding is based on the defendant's request to insure adequate preparation of her counsel, and the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel. That finding should be made pursuant to 18 U.S.C. §3161(h)(8)(B)(iv).

The parties hereby agree and request that the case be continued until June 22, 2005 at 2:30 p.m., and that an additional exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED**.

Dated: 06/13/05  
/s/  
JOHN M RUNFOLA,  
Counsel for Cheryll Del Rosario

Dated: 06/13/05  
/s/  
LORNE DUBIN  
Counsel for Jennifer Bustos

Dated: 06/13/05  
/s/  
JEFFREY FINIGAN  
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 6/15/05  
PHYLLIS J. HAMILTON  
United States District Court Judge

2