1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  CHERYLL DEL ROSARIO

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11
                                            )
12  UNITED STATES OF AMERICA,                )   Criminal No. CR 05-00278 PJH
                                            )
13        Plaintiff,                         )   **STIPULATION AND**
                                            )   **[PROPOSED] ORDER TO**
14        v.                                 )   **CONTINUE NOVEMBER 2,**
                                            )   **2005 SENTENCING DATE**
15  CHERYLL DEL ROSARIO and,                 )
    JENNIFER K. BUSTOS                       )
16                                           )
          Defendant.                         )
17  _____ )

18
         IT IS HEREBY STIPULATED by and between Assistant United States Attorney,
19
    Jeffrey R. Finigan, counsel for the plaintiff United States of America, John M. Runfola,
20
    counsel for the defendant Cheryll Del Rosario, and Lorne Dubin, counsel for defendant
21
    Jennifer K. Bustos, that the sentencing hearing in this Court scheduled for November 2, 2005
22
    at 2:30 p.m., is extended until December 14, 2005 at 2:30 p.m., or as soon thereafter as is
23
    convenient for the Court.
24
         No part objects to the requested continuance.
25
         **IT IS SO STIPULATED.**
26

27  Dated:     10/26/05                          _____/s/_____
                                                  JOHN M. RUNFOLA
28                                                Counsel for Cheryll Del Rosario

- 2 -

1
2  Dated:    10/26/05                          /s/
                                        LORNE DUBIN
3                                       Counsel for Jennifer K. Bustos
4
5  Dated:    10/26/05                          /s/
                                        JEFFREY R. FINIGAN
6                                       Assistant United States Attorney
7      **IT IS SO ORDERED**
8  Dated:  10/28/05
9                                       HON. JUDGE PHYLLIS J. HAMILTON
                                        United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28